ND MISS. FORM P3, COMPLAINT CHALLENGING CONDITIONS OF CONFINEMENT (4/00)                    PAGE 1

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF MISSISSIPPI

**FILED**

SEP 0 4 2013

DAVID CREWS, CLERK
By _____
Deputy

Patricia A. Cox
**Plaintiff**

v.

CASE NO. 3:13CV226-A-V

Desoto County Jail of Hernando and
**Defendant** State of Mississippi

### PRISONER'S COMPLAINT CHALLENGING CONDITIONS OF CONFINEMENT

1. The Plaintiff's full legal name, the name under which the Plaintiff was sentenced, the Plaintiff's inmate identification number, the Plaintiff's mailing address, and the Plaintiff's place of confinement are as follows:

   A. Legal name: Patricia A. Cox

   B. Name under which sentenced: Patricia A. Cox

   C. Inmate identification number:

   D. Plaintiff's mailing address (street or post office box number, city, state, ZIP): Patricia 3573 Vernon Ave Memphis, TN, 38122

   E. Place of confinement: Desoto County Jail of Hernando Ms.

2. Plaintiff names the following person(s) as the Defendant(s) in this civil action:

   Name: Medical Staff and

   Title (Superintendent, Sheriff, etc.): Police officers on duty @ the time.

   Defendant's mailing address (street or post office box number, city, state, ZIP): Sgt. Ferguson White female, Big Woman + Brandon, Sheri, Walter + Old lady new worker name was and is Patricia

ND MISS. FORM P3, COMPLAINT CHALLENGING CONDITIONS OF CONFINEMENT (4/00)     PAGE 2

Name: *St. Woman black blonde*

Title (Superintendent, Sheriff, etc.): *a tall officer. I called*

Defendant's mailing address (street or post office box number, city, state, ZIP): *her blondie. Desoto County Jail of Hernando, Ms.*

Name:

Title (Superintendent, Sheriff, etc.): *Police Officers + Medical Staff*

Defendant's mailing address (street or post office box number, city, state, ZIP): *Desoto County Jail of Hernando, Ms.*

Name: _____

Title (Superintendent, Sheriff, etc.): _____

Defendant's mailing address (street or post office box number, city, state, ZIP) _____

(If additional Defendants are named, provide on separate sheets of paper the complete name, title, and address information for each. Clearly label each additional sheet as being a continuation of Question 2).

3.  Have you commenced other lawsuits in any other court, state or federal, dealing with or pertaining to the same facts that you allege in this lawsuit or otherwise relating to your imprisonment?     ☐ Yes     ☑ No

4.  If you checked "Yes" in Question 3, describe each lawsuit in the space below. If there is more than one lawsuit, describe the additional lawsuit(s) on separate sheets of paper; clearly label each additional sheet as being a continuation of Question 4.

    A. Parties to the lawsuit:

        Plaintiff(s): _____

        Defendant(s): _____

    B. Court: _____          C. Docket No.: _____

    D. Judge's Name: _____     E. Date suit filed: _____

    F. Date decided: _____     G. Result (affirmed, reversed, etc.): _____

5.  Is there a prisoner grievance procedure or system in the place of your confinement?     ☑ Yes     ☐ No *Verbally with Ms. Rice*

6.  If "Yes," did you present to the grievance system **the same facts and issues** you allege in this complaint? (See question 9, below).     ☐ Yes     ☑ No

7.  If you checked "Yes" in Question 6, answer the following questions:

A. Does the grievance system place a limit on the time within which a grievance must be presented?   ☐ Yes   ☐ No

B. If you answered "Yes," did you file or present your grievance within the time limit allowed?   ☐ Yes   ☐ No

C. The court must find that you exhausted the prison's grievance system and administrative remedies before it can consider this Complaint. State everything you did to present your grievance(s). Be specific. Include the date(s) on which you filed or presented your grievances to prison officers; identify the officer(s). State your claim(s) exactly.

Complained to everyone there.
That I was allowed to speak to.

D. State specifically what official response your grievance received. If the prison provides an administrative review of the decision on your grievance, state whether you applied for that review and what the result was.

I just now got my self in good enough health sense my incident to be trully able to make a complaint.

ND MISS. FORM P3, COMPLAINT CHALLENGING CONDITIONS OF CONFINEMENT (4/00)                    PAGE 4

> **Special Note**: Attach to this Complaint as exhibits complete copies of all requests you made for administrative relief through the grievance system, all responses to your requests or grievances, all administrative appeals you made, all responses to your appeals, and all receipts for documents that you have.

8.  If you checked "No" in Question 6, explain why you did not use the grievance procedures or system:

I feared for my life. I wasn't allowed to see a RN. at which I had money to pay for on my books. I almost lost my life because Brandon didn't believe I had breathing problems.

9.  Write below, as briefly as possible, the **facts** of your case. Describe how **each** Defendant is involved. Write the names of all other persons involved. Include dates and precise places of events. Do not give any legal argument or cite any legal authority. If you have more than one claim to present, number each claim in a separate paragraph. Attach additional pages only if necessary; label attached pages as being continuations of Question 9.

There is just so much corruption, neglect + abuse along with so many involved that, there's not enough space or time @ this moment to write it all. I have many days ago. Aug. 29- 30 2013 breifly wrote about this incident. It's weigh more Severe than the Breif Statement I have written. I almost lost my life do to this ~~every~~ corruption. Oh my ——— !!!

ND MISS. FORM P3, COMPLAINT CHALLENGING CONDITIONS OF CONFINEMENT (4/00)　　　　　　　　　　PAGE 5

10.　　State **briefly** exactly what you want the court to do for you. Do not make legal arguments. Do
　　　　not cite legal authority.

I want honest Justice to
be done by the law of
Our land.

This Complaint was executed at (location): _____

and I declare or certify or verify or state under penalty of perjury that this Complaint is true and correct.

Date: 9-4-2013

Patricia Cox

Plaintiff's Signature

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF MISSISSIPPI

Patricia A. Cox
Plaintiff(s)

v.                                    CIVIL ACTION NO._____

Desoto County Jail of Hernando and
Defendant(s)    State of Mississippi

**COMPLAINT**

1. This civil action is commenced by _Patricia A. Cox_, Plaintiff, under the following statutory law (place a check mark in the appropriate box):

☑ Title VII of the Civil Rights Act of 1964, 42 USC §§ 2000e et seq., for employment discrimination on the basis of race, color, sex (gender, pregnancy, and sexual harassment), religion, or national origin.

❏ The Age Discrimination in Employment Act [ADEA], 29 USC §§ 621 et seq.

☑ The Americans With Disabilities Act [ADA], 42 USC §§ 12102 et seq.

❏ The Equal Pay Act [EPA], 29 USC § 206(d).

❏ The Rehabilitation Act of 1973, 29 USC §§ 791 et seq. (Applicable to federal employees only).

2. Plaintiff's address is _3573 Vernon Ave. Memphis, TN. 38122_
(Street or P.O. Box)        (City)        (State)        (ZIP)

3. Defendant's address is _311 West South St. Hernando, Ms 38632_
(Street or P.O. Box)        (City)        (State)        (ZIP)

4.A. Plaintiff (check one)—

❏ sought employment from the Defendant
or,

❏ was employed by Defendant at _____
(City and State)

witness Juanita Shelton

I need more paper work to file this lawsuit. Paper work that I recieved doesn't relate to my incident. I need proper paper work to go with this

8-29-2013 ①

To whom it may concern:

I, Patricia A. Cox have now twice requested information with the Desoto County Jail of Hernando Ms. Mr. Rice is aware that I am trying to file charges for medical neglect and abuse. I was neglected and abused by medical staff. Brendon, walter, Sherri, little ole lady + a girl named Patricia. I believe Patricia hadn't been work for a very long time. Since this insident happened I have been fighting for my life daily. I'm sueing for medical bills then and now, pain and suffering for then and now. I'm requesting proper paper work so that this matter can be attended to properly.

⑤

I also want to press criminal charges against medical staff at Desoto County Jail alongwith officers that abused me ... I was arrested ~~on~~ Aug. 31, 2010 I requested to see a Dr. every morning I was allowed to fill out a request form and never saw anyone other than Brandon + ~~other~~ medical Staff, Because Brandon didn't believe that I had a breathing problem. He had me locked up for a medical watch which start the 9th of Sept. 2010 ~~#~~ I was then given un imaginable stuff happened I was made ~~to take~~ felt like broncale phenumonia puse like green slime build up in my lungs and I have asma + COPD never given any anti·



biotic + was Strapped
in a gurney chair for
many hrs. were at that
time my legs, hips + feet
still tingly from the strap
around my hip was so tight.
I remember losing con
twice. Hurt so Bad that
I couldn't stand on my legs.
I was beaten + then frozen
~~then~~ I was told the
police were going to help
me and Thats when Sgt.
Ferguson along with others
~~took~~ me to population and
Striped me from my clothes
I was so sick I couldn't
pick my own weight up.
A inmate named Jamie
helped me. Jamie washed
me all over. She helped
me. That chair was used
to transport me from my
cell to the womens population
Shower which I recieved 2

④

Showers the whole
time I was locked up
in that cell from Sept. 9-
16, 2010. After I was
beat and darn near frozen
I then had experienced
chest pain. My blood
pressure was up. It was
high the whole time I
was there and Brandon
called himself taken my
blood pressure thru a
wall using a breathing
technique. Crazy made me
so sick long without treat
ment I felt death so its
not oh my I don't know
what to say except every
thing I have written is
the truth. When
I went to court the judge
never called me out of
the holding cell. He
gave me time served. NO
FINES. NO COURT COST

⑥

I never signed a release form. It was handed to me by the officer that drove us to court. At that time I was bald on top of my head. I had full fist print on my body + legs. Angela is a witness to this her and Mary. First two people to take care of me in the hospital. Angela told me at that time she would testify in my behave. Tell the truth in what she saw and what happened then. This is very stressful for me to recall this ~~~~~~ chapter of my life. Please I need a break. Like I said I'm awaiting more information myself.

Thank you,
Patricia A. Cox

When I was released from jail. My property was returned but they kept my money + I need to make a phone call for a ambulance and I couldn't because I didn't have money for pay phone. They mailed me my money to me months later. It cost $10 to see a Dr. + I couldn't. I have witnesses that called me an ambulance after I had collapsed after I crossed the street that was in front of their bond company A Williams Bond Company. 2 employees still recall this incident.

I have medical proof as well. Awaiting more of that. I pray if there is more I may add later.

I received three breathing treatments while I waited. Truly Yours

Patricia A. Coy

| Do you have or have you previously had: | YES | NO |
|---|---|---|
| Infection of the brain or spinal cord, such as meningitis or encephalitis | | |
| A disorder of the eyes, ears, nose or throat | | |
| Frequent dizziness, headaches, seizures, convulsions, paralysis or stroke | | |
| Persistent coughing, bronchitis, asthma, emphysema, tuberculosis, or other disorder of the lungs  COPD | ✓ | |
| Chest pain, high blood pressure, rheumatic fever, murmur, heart attack, or other disorders of the heart | ✓ | |
| Intestinal bleeding, ulcer, hernia, colitis, disorder of the stomach, intestines, liver or gallbladder | | |
| Disorder of the kidney, bladder, prostate or reproductive system | | |
| Diabetes, thyroid, or other endocrine disorders | | |
| Arthritis or other disorders of the muscles, bones, joints spine or back  DJD | ✓ | |
| Absence or amputation of any body part | | |
| Loss of use of arms, legs, or other body parts | | |
| A tumor, cancer or disorder of the blood (HIV, Hepatitis, Sexually Transmitted Disease)  HepC+ | ✓ | |
| Any history of head trauma | ✓ | |
| Are you sexually active | | |
| Are you pregnant, If so how far along | | |
| Do you exercise regularly | | |

If "YES" to any of the above, or any other medical treatment, please document:

## REFERRAL FOR TUBERCULOSIS TEST

I have been counseled on the importance of getting a TB test. I understand that I may go to the Health Department, my Primary Care Provider, or any other medical provider who is authorized to test for TB

X _Patricia C_____    _Sonja Johnson, RN_____
Client Signature                      RN Signature

Date_ 9.21.10 _                  Date_ 9.21.10 _

Nurse to Nurse Report called: Date_ 9/22/10 _    Time_ 0010 _

Facility_ Colleen _    RN_ Deborah Offerman (RN) _

## SOUTHEAST MENTAL HEALTH CENTER
## MEDICAL HISTORY SELF-REPORT

Client Name COX, Patricia _____ Chart# _____

Date 9.21.10 ___ Time 16.01 DOB 4.25.58 Age 52 Sex F Race W

Height 5'4½ Weight 116 B/P 110/79 P 99 R 18

Temp 97.4 BAL _____ Accucheck _____ RN: Sonja Johnson

| Physician: _____ | Pharmacy _____ |
| Address _____ | Location _____ |
| Phone _____ | Phone _____ |

| ALLERGIES | REACTION |
|---|---|
| Elavil | |
| Neurontin | |
| | |

| Medication | Dose | Frequency | Reason | MD | Date of RX | Taken last 30 days |
|---|---|---|---|---|---|---|
| "What they give me" | | | | | | |
| Morphine | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| Family Medical History | |
|---|---|
| | |

| | Y | N | | Y | N |
|---|---|---|---|---|---|
| Recent behavior that is a threat to self or others | | ✓ | No deterrents to stop client from at risk behavior | | ✓ |
| Prior attempts (suicide/homicide/assault/self-injury) | unknown | | History of physical/sexual abuse | | ✓ |
| Thought/behavior influenced by psychosis | | ✓ | Family history of violence | unknown | |
| Potential for elopement | unknown | | Family history of mental illness | ✓ | |
| Persistent thought of hurting self/others | unknown | | Family history of suicide/homicide | ✓ | |
| Single/widowed/divorced/separated | | ✓ | Family history of substance abuse | ✓ | |

**Summary of Assessment:**
Pt is a 57 y.o. WF seen in UC at the Med. Pt speaks repeatedly of the FBI and her relationship c them. Pt talks constantly of religion and then changes it to her political stance. Then, she goes into a

**Safety Plan:** n/A

**Level of Care:** Acuity

**Justification:** Pt needs IP care due to her psychosis

**Authorization (name and #):** Blue Care

**Disposition Facility:** CBH

**Special Arrangements:** Transport

**Follow-up Plan:** To be established by IP facility...

| Paperwork Checklist | Yes | N/A | | Yes | No | N/A |
|---|---|---|---|---|---|---|
| Release of Information (CMHC) | | | CM Involved in Admission | | | |
| Release of Information (Disposition Facility) | | | CM Involved in Diversion | | | |
| Follow-up | | ✓ | Refused Referral (Disposition) | | | ✓ |
| Total Time of Consumer Contact | 30 | | No Need For Follow-up Referral | | | ✓ |
| Total Indirect Time of Consumer | 60 | | | | | |

**Transportation Safety Assessment:**
☐ Consumer is safe to transport by Crisis Assessment Center staff and has been determined to not be at risk for violence or elopement if transported in this manner.

☒ Consumer is not safe to transport by Crisis Assessment Center staff due to:
    ☒ Risk of violence toward staff and/or others
    ☒ Risk of elopement

**Staff Name (Print):** Tracey L Russell

**Staff Signature/Date:** Tracey L Russell   8/27/1   8/29/1

**Patient Name:** Patricia Cox

2010-01-28      Page 3

mmi - cry/ shout / hyperverbal communication (over)

## CRISIS DISPOSITION FORM

135 North Pauline
Memphis, TN 38104
Phone 901-577-9400

| | | | | | |
|---|---|---|---|---|---|
| Client Name: | Patricia Cox | | Time of call: | 12:59 p.m. | |
| Address: | Homeless | | Location of client: | Med UC 4 # 1 | |
| City: | Memphis | State: TN | Time of arrival: | 2213 pm | |
| Zip: | | | CMHC/MD: | | |
| Phone: | — | | Case Manager: | — | |
| Insurance: | BlueCare | | MD on-call: | — | |
| DOB: | 4/20/58  4/02/58 | | Face-to-face: | Yes / T.R. | |
| SS#: | 413 96 5082 | | | | |

Type of Contact:    Routine    (Urgent)    Emergent Life-Threatening    Emergent Non-Life Threatening

**PRESENTING PROBLEM:** Pt was referred to Mobile Crisis by
The Med Clue to psychosis; being willing to be
assessed; hyperverbal; and (−) A/D issues.

Pt was cooperative often...

**MENTAL STATUS:**    (Check YES if there is a problem; check NO if there are no other problems in this area.)

| | Yes | No | | Yes | No | | Yes | No |
|---|---|---|---|---|---|---|---|---|
| Orientation: Time | | | Mute | | | Suicidal/Homicidal | | |
| Orientation: Place | | | Auditory hallucinations | | | Danger to Self | | |
| Orientation: Person | | | Visual hallucinations | | | Danger to Others | | |
| Agitated/Anxious | ✓ | | Tactile hallucinations | | | Insight | ✓ | |
| Angry/Hostile | | | Delusions/Paranoid | | | Memory: Remote | | |
| Confused | | | Delusions/Grandiose | | | Memory: Recent | | |
| Ambivalent | | | Flight of Ideas | ✓ | | Preoccupation/Obsession | | |
| Depressed, "long time" / once detained / arrested | ✓ | | Loose Associations | | | Cooperative/had to be redirected | ✓ | |
| Elevated Mood | | | Poverty of Thought | ✓ | | Sleep | | |
| Appetite | | | Fearful/Guarded | | | Impulse Control | | |
| Speech (pressured, bronchial pneumonia) | ✓ | | Psychomotor Retardation | | | Poor Judgment | | |
| Affect up & down | ✓ | | Attention | | | Concentration | | |

Explain any "Yes" answers:

Tracey E Russell
**Print Name**            **Staff Signature/Credentials**  LMSW            9/21/10  **Date**

2010-01-28                                                                    Page 1

Schizoaf^"ctic Disorder 295.70

**AXIS I** — Psychotic Disorder
Anxiety Disorder or

**AXIS II** — deferred

**AXIS III** — Radiation poisoning ; Cancer-free

**AXIS IV** — Housing ; Economic ; PSB ; Access to healthcare

**AXIS V** — 35        45        20
Current    Highest    Lowest

---

**MEDICAL HISTORY:**   No significant medical issues       **Medication Allergies:** Neurontin ; Elavil
Current/Previous Medical/Surgical Conditions: Radiation poisoning ; Cancer-free 12 years

---

**PSYCHIATRIC HISTORY:**

| Provider Name | Date of Service | Type of Service |
|---|---|---|
| MMHC I | ? | IP |
| | | |
| | | |

---

**MEDICATION INFORMATION:**

| Medication | Dosage | Frequency | Date | Physician | Type | Compliant (Y/N) |
|---|---|---|---|---|---|---|
| pt denies | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

**Description of Environment:** Med UC 4 #1
**Family/Support System:** mother-in-law + neice
**Community Resources used by Consumer:** none at present
**Legal Issues:** pt Allegies Thrasherabra

---

| **Alcohol /Drug Use:** | YES | NO | | CIWA: | | Date: |
|---|---|---|---|---|---|---|
| **Primary Drug:** Marijuana | | Last use: 9/20/10 | | | Amount: 2 puffs | |
| **Secondary:** | | Last Use: | | | Amount: | |

**Patient Name:** Patricia Cox

2010-01-28                                              Page 2

08/20/2013 12:07PM 662-772 1    BMH DESOTO HIM    PAGE 02/27

jr 287922 DT: 09/23/2010 16:45
DD: 09/20/2010 08:56

### BAPTIST MEMORIAL HOSPITAL DESOTO
### SOUTHAVEN, MISSISSIPPI

PATIENT
NAME:   COX, PATRICIA A
ACCT#:  D 1025911000              DISCHARGE SUMMARY
DICTATED BY:  EDWARD I. GBEMUDU, M.D.
PHYSICIAN:  EDWARD I. GBEMUDU, M.D.
ROOM#:  625
UNIT#:  0000432526

DATE OF ADMISSION:  09/17/2010    DATE OF DISCHARGE: 09/20/2010

FINAL DIAGNOSES:
  1.  Atypical chest pain, likely due to gastroesophageal reflux
      disease.
  2.  Psychosis.

OPERATIONS AND PROCEDURES while in the hospital:  Thallium stress
test.

CONSULTATIONS:  Cardiology and psychiatry.

CONDITION ON DISCHARGE:  Stable.

PERTINENT PHYSICAL FINDINGS on discharge:  Blood pressure 131/90,
pulse 70, temperature 98.1, respirations 18.  Lungs clinically
clear.  Cardiovascular system:  First and second heart sounds are
heard and they are regular.  Abdomen is soft.  No tenderness or
palpable mass.  Bowel sounds are present.  Extremities:  No leg or
ankle edema.  Central nervous system:  She is awake and alert,
able to follow instructions.

PERTINENT LAB FINDINGS on discharge:  Complete blood count and
electrolytes normal.  Fasting lipid profile normal.

HOSPITAL COURSE AND TREATMENT:  The patient is a 52-year-old
white female admitted because of chest pain mainly located around
the retrosternal area.  She has history of psychosis.  Serial
cardiac enzymes revealed normal troponin and myoglobin.  EKG was
normal.  Thallium stress test done revealed small mild reversible
perfusion defect present in the inferior wall of the left
ventricle, suggestive of stress-induced ischemia in the right
coronary artery.  Left ventricular ejection fraction was normal
at 63%.

Cardiology was consulted.  Patient after evaluation was not
thought to have acute coronary syndrome.  Medical management was
suggested.  Patient did not have any episode of chest pain
throughout the hospital course.  Omeprazole was stared on
admission and continued throughout the hospital course.

Patient was psychotic most of the time during the hospital
course.  Psychiatry was consulted and outpatient followup

recommended.

COX, PATRICIA A                    0000432526  1025911000
                                   PRINTED BY: HAR7294 DATE: 8/20/2013

DISCHARGE INFORMATION AND INSTRUCTIONS: She is discharged home in a stable medical condition and has been instructed to take aspirin and prescribed metoprolol daily. She has also been instructed to take omeprazole daily.

DIET: Regular.

ACTIVITY: As tolerated.

DISCHARGE MEDICATIONS:
1. Omeprazole 20 mg daily.
2. Aspirin coated 81 mg daily.
3. Metoprolol 25 mg twice daily also prescribed.

FOLLOWUP: She will be followed up by the psychiatrist. Appointment made for patient to be followed up by the cardiologist as an outpatient.

EDWARD I. GBEMUDU, M.D.

Authenticated by Edward Gbemudu, MD On 10/04/2010 05:32:27 PM

jr 287117 DT: 09/17/2010 19:32
DD:  09/17/2010 19:06

BAPTIST MEMORIAL HOSPITAL DESOTO
SOUTHAVEN, MISSISSIPPI

PATIENT
NAME:    COX, PATRICIA A
ACCT#:  D 1025911000              HISTORY AND PHYSICAL
DICTATED BY:  EDWARD I. GBEMUDU, M.D.
PHYSICIAN:  EDWARD I. GBEMUDU, M.D.
ROOM#:  625
UNIT#:  0000432526

DATE OF ADMISSION:  09/16/2010

CHIEF COMPLAINT:  Chest pain for two days.

HISTORY OF PRESENTING ILLNESS:  The patient is a 52-year-old
white female with history of psychosis.  She presented to the
emergency room because of two-day history of chest pain.  Pain
reported to be located mainly around the midsternal area,
associated with shortness of breath and diaphoresis.  Associated
nausea also reported.  No dizziness.

PAST MEDICAL HISTORY:  Chronic obstructive pulmonary disease,
congestive heart failure, and bipolar disorder.

PAST SURGICAL HISTORY:  Previous tonsillectomy, hysterectomy, and
surgical removal of cancer from the cervix.

SOCIAL HISTORY:  She is not married.  She does not smoke
cigarettes.  Smokes marijuana.

MEDICATIONS:  Lortab, Xanax and naproxen.  Patient not sure of
dose of medications.

ALLERGIES: AMITRIPTYLINE.

REVIEW OF SYSTEMS:  Unable to obtain since patient is psychotic
and unable to give proper review of system history.

ON EXAMINATION:  Vitals on presentation:  Blood pressure 130/89,
pulse 88, respirations 16, temperature 97.9.  Oxygen saturation
on room air 98%.
HEENT:  Pupils are 4 mm and they are reactive to light.  Neck is
supple.  Head is atraumatic.
LUNGS:  Clinically clear.
CARDIOVASCULAR SYSTEM:  First and second heart sounds are heard
and they are regular.
ABDOMEN:  Soft.  No tenderness or palpable mass.  Bowel sounds
are present.
EXTREMITIES:  No leg or ankle edema.
CENTRAL NERVOUS SYSTEM: She is awake and alert though kind of
confused and psychotic.

LABS:  Serial cardiac enzymes reveal normal troponin and
myoglobin. Complete blood count normal.  Electrolytes normal.

Magnesium level borderline low at 1.7.  EKG normal sinus rhythm,

COX, PATRICIA A                    0000432526        1025911000
                                   PRINTED BY:  HAR7294 DATE: 8/20/2013

78 beats per minute, essentially a normal EKG. Chest x-ray: Healed granulomatous lesion noted. Thallium stress test revealed small mild reversible perfusion defect present in the inferior wall of the left ventricle, compatible with stress-induced ischemia in the right coronary artery. Left ventricular ejection fraction of 63% noted.

ASSESSMENT AND PLAN:
1. Chest pain with abnormal thallium stress test.
2. Psychosis.

Patient is admitted for further cardiology management. Aspirin 325 mg daily already started will be continued. Nitroglycerine paste one inch to chest wall every 6 hours also already started will be continued. Intravenous morphine 4 mg will be given as needed for chest pain.

Intravenous Haldol 2 mg will be given as needed for psychotic behavior. Psychiatry will be consulted.

Cardiology consulted.

_____
EDWARD I. GBEMUDU, M.D.
Authenticated by Edward Gbemudu, MD On 09/18/2010 03:38:26 PM

.08/20/2013  12:07PM  662-772   ?1        BMH DESOTO HIM                                06/27



525-01   OVD    D1025911000
**COX,PATRICIA A**
04/02/58 52Y   MR:0000432526
ADM:GBEMUDU, EDWARD I09/16/10                    RADH

NUCLEAR CARDIOLOGY
PATIENT HISTORY

Name _____  ☐ Male  ☒ Female  Age 52  Ht 5'2"  Wt 532 kg
Bra Size 34D  LMP Hust  Stressing Cardiologist Missal  Tech _____  Date/Time 9/17/10
Any chance you are pregnant? __No__  Are you breast feeding? __NO__  Are you allergic to latek? /NO

**MEDS**
1. Lortab                    2. Clonidin                  3. _____
4. Xanax                     5. _____            6. _____
7. Naproxen                  8. _____            9. _____

**EKG REPORT**
Date: 9/14/10        Normal Sinus Rhythm
                     Normal ECG

**SURGERIES**
Heart ☐ Yes  ☒ No  If yes, _____
Lungs ☐ Yes  ☒ No  If yes, _____
Breast ☐ Yes  ☒ No  If yes, _____

**MEDICAL HISTORY** Oth..: COPD, AllP, Psychosis

| | | | | | |
|---|---|---|---|---|---|
| Tobacco ☒ Yes ☐ No | 1 ppd 35 yrs | | BNP _____ | Date: _____ |
| MI ☐ Yes ☒ No | Date | | Myoglobin 28 | Date: 9/16/10 |
| HTN ☒ Yes ☐ No | Yrs Pt Unsure | 3X | Troponin 2 0.015 | Date: 9/17/10 |
| Diabetes ☐ Yes ☒ No | Yrs _____ | | Cholesterol _____ | |
| PM ☐ Yes ☒ No | | | Routine Exercise ☐ Yes ☒ No | |
| MVP ☐ Yes ☒ No | | | If yes, what _____ | |

**PREVIOUS EXAMS**
Echo ☐ Yes ☒ No  Date _____  LVEF _____ %  Report Attached ☐ Yes ☐ No
T1-201 ☐ Yes ☒ No  Date _____  Place _____  Report Attached ☐ Yes ☐ No
Cath ☐ Yes ☒ No  Date _____  Place _____  Report Attached ☐ Yes ☐ No
                   Was patient told cath was normal      ☐ Yes ☐ No

**CLINICAL HISTORY**
Reason for study ___CP_____
_____

Chest pain ☒ Yes ☐ No      Radiating ☒ Yes ☐ No     If yes. _____
Exertional ☐ Yes ☒ No      Numbness ☒ Yes ☐ No
Tingling ☒ Yes ☐ No        Palpitations ☒ Yes ☐ No   Diaphoresis ☐ Yes ☒ No
SOB ☒ Yes ☐ No             Syncope ☐ Yes ☒ No        Orthopnea ☐ Yes ☒ No
Nausea ☒ Yes ☐ No          Vomiting ☐ Yes ☒ No       Dizziness ☐ Yes ☒ No
Asthma ☒ Yes ☐ No          Fatigue ☑ Yes ☐ No        LE edema ☒ Yes ☐ No
Family history of heart disease   ☐ Yes ☒ No  If yes, who _____
Comments _____

       ✱ Patient is poor historian ✱

◁BAPTIST
MEMORIAL HOSPITAL
DESOTO

**RADIOLOGY**
NUCLEAR CARDIOLOGY PATIENT HISTORY
Form # 11-226.7 (08/07)        Original – Chart / Canary – Physician

▼ Addressograph / Patient Label ▼

525-01   OVD    D1025911000
**COX,PATRICIA A**
04/02/58 52Y   MR:0000432526
ADM:GBEMUDU, EDWARD I09/16/10

PRINTED BY: HAR7294 DATE: 8/20/2013

.08/20/2013  12:10PM  662-772-    1          BMH DESOTO HIM                    PAGE  07/27

am 287259 DT: 09/18/2010 14:24
DD:  09/18/2010 09:25

BAPTIST MEMORIAL HOSPITAL DESOTO
SOUTHAVEN, MISSISSIPPI

PATIENT
NAME:   COX, PATRICIA A
ACCT#:  D 1025911000                    CONSULTATION
DICTATED BY:  AMIT   MALHOTRA, M.D.
PHYSICIAN:  AMIT   MALHOTRA, M.D.
ROOM#:  625
UNIT#:  0000432526


                              REQUESTING PHYSICIAN

DATE OF CONSULTATION:

Dear Edward,

I thank you for letting Memphis Heart see this patient.

This is a 52-year-old, Caucasian lady who has been admitted with
multiple medical problems including generalized body pain,
headaches, and itching.  She was also found to have inappropriate
behavior and is undergoing psychiatric evaluation for psychotic
behavior.  History is difficult to obtain as I found the patient
in a curled up position, crying for generalized body aches,
asking for pain medications.  Patient states she hurts all over.
She is not entirely specific about any chest pain as such,
especially on exertion.  She says she is a cancer survivor, had
cervical cancer with radiation treatment.  This has led to
constant body aches all over.  She uses marijuana at home.  She
also has history of smoking but no other substance abuse.  She
has family history of heart disease with her mother having
coronary artery disease.  She does not complain of any specific
episode of chest discomfort.  No history of shortness of breath,
no orthopnea or PND, no syncope, palpitations, or dizziness.  She
did have a stress thallium, however, which showed small
reversible defect on the inferior wall.  Left ventricular
ejection fraction was normal.

A PAST MEDICAL HISTORY of possible CHF, COPD, and cancer as above.

SURGICAL HISTORY:  Tonsillectomy, hysterectomy.

HOME MEDICATIONS included Lortab, Xanax, Naprosyn, and Clonidine.

FAMILY HISTORY:  As above.

ALLERGIES TO ELAVIL.

In REVIEW OF SYSTEMS, it is difficult to get her to commit to ay
systemic complaint, but no history of fever, nausea, vomiting,
diarrhea, hematemesis, melena, hematuria, dysuria, skin rash.

Has generalized body aches/pain.  No cough, wheezing.  No
polydipsia, polyphagia, or polyuria.  No olfactory, visual, or
auditory complaints.  There is history of mood disorders but no

previous commitment for psych illness or psych medications. There
is history of anxiety, however. Patient takes Xanax for this.

ON EXAMINATION: Patient agitated and complaining of pain. Heart
rate is 100, sinus rhythm/sinus tachycardia. Blood pressure was
found to be 130/80, respirations 18, patient is afebrile. No
pallor, cyanosis, or jaundice. No lymphadenopathy. Trachea is
central. Thyroid not enlarged. Carotid upstrokes normal. No
lymphadenopathy. No jugular venous distention. Pupils equal,
reacting to light. Chest Exam: Bilaterally clear to
auscultation. Cardiovascular Exam: Normal first and second
heart tones. There is a soft ejection murmur in the aortic area.
Abdomen is soft, scaphoid. Midline laparotomy scar. No
organomegaly. Extremity Exam: Normal pulses, no edema.
Neurologic exam is grossly normal. No motor or sensory deficits.
Psych Exam: Patient is agitated and crying spontaneously.

LAB DATA was all reviewed. Patient has negative troponins times
3. Potassium 3.8, sodium 143, BUN 16, creatinine 0.7. Thallium
noted.

IMPRESSION: Positive thallium study. I explained to the patient
it is certainly possible she has underlying obstructive coronary
artery disease, although this finding may be _____ as she
did not have prone imaging. We will treat her with aspirin, beta
blockers, and statins. At this time, her presentation is not
consistent with acute coronary syndrome. I do not think invasive
management is indicated while her mental issues have not been
addressed. In the future, cardiac catheterization may be
considered for ongoing symptoms despite medical management. Will
obtain lipid. Pravastatin will be started. Aspirin and beta
blockers have already been started.

I do thank you for letting me participate in her care. If you
have any questions, please do not hesitate to contact us.

CC: Memphis Heart Clinic


                              _____
                                   AMIT   MALHOTRA, M.D.
Authenticated by Amit Malhotra, M.D. on 09/20/2010 11:24:52 AM

.08/20/2013   12:10PM   662-7?2?21   BMH DESOTO HIM   09/27

B.  .IST MEMORIAL HOSPITAL - DES   J
7601 Southcrest Parkway, Southaven, MS 38671
DEPARTMENT OF RADIOLOGY
09/17/10 1514

COX, PATRICIA A                                    ATT: GBEMUDU, EDWARD I
Med Rec # D0000432526
Account # D1025911000                              Ord: GBEMUDU, EDWARD I

DOB              Age  Sex        Room                   Exam Date/Time
04/02/58         52Y  F          D6T-625-01             09/16/10 1925

CkIn#   2538030   91280 NM HRT IMAGE SPECT MULTI

Ord Diag: CHEST PAIN


Clinical Information
Chest pain

Reference Not available

Radiopharmaceutical
4.2 mCi thallium 201 chloride at rest
31.5 mCi Tc99m Myoview
0.4  mg Lexiscan

Procedure
The patient was given intravenous injection of thallium 201 chloride at
rest and tomographic images were obtained. The patient then underwent a
pharmacologic stress test receiving an intravenous infusion of
Lexiscan. The heart rate increased from 88 to 114 beats per minute.
Blood pressure changed from 130/79 to 141/87. The patient was given
intravenous injection of Tc 99m Myoview and repeat images were
obtained.

Findings There is a small mild reversible perfusion defect present in
the inferior wall segment of the left ventricle.

Gated SPECT images demonstrate a post Lexiscan LVEF of 63 %. No
regional wall motion abnormality seen. There is normal wall thickening.

Impression

The images in this case were personally reviewed by the Radiologist named
above, and the report reflects his/her interpretation.

COX, PATRICIA A                  CkIn#   2538030
Med Rec # D0000432526    91280 NM HRT IMAGE SPECT MULTI      Type: OVD
Account # D1025911000                                           Continued
Loc: D6T:625:01          RADIOLOGY REPORT - COMPLETED

08/20/2013 12:10PM 662-772- B. IST MEMORIAL HOSPITAL - DES. J 10/27

B. IST MEMORIAL HOSPITAL - DES. J
7601 Southcrest Parkway, Southaven, MS 38671
DEPARTMENT OF RADIOLOGY
09/17/10 1514

COX, PATRICIA A                                    ATT: GBEMUDU, EDWARD I
Med Rec # D0000432526
Account # D1025911000                              Ord: GBEMUDU, EDWARD I

DOB              Age  Sex         Room              Exam Date/Time
04/02/58         52Y  F           D6T-625-01        09/16/10 1925

CkIn#   2538030   91280 NM HRT IMAGE SPECT MULTI

    Checkin-Exam Code Summary
    2538030-91280


1. Small mild reversible perfusion defect present in the inferior wall
of the left ventricle compatible with stress induced ischemia in the
RCA/ PDA vascular territory
2. LVEF of 63 %.

These critical findings were discussed with Dr. Gbemudu at 1430 hours
on 09/17/2010 by Dr. Barazi.

The images in this case were personally reviewed with the resident by
the radiologist named below, and the report reflects his/her
interpretation.

    Transcriptionist- POWERSCRIBE
    Reading Radiologist- CRAIG LIPMAN, M.D.
    Releasing Radiologist- CRAIG LIPMAN, M.D.
    Released Date Time- 09/17/10 1514
    Reading Resident- HASSANA BARAZI, M.D.
------------------------------------------------------------------------




The images in this case were personally reviewed by the Radiologist named
above, and the report reflects his/her interpretation.

COX, PATRICIA A                    CkIn#   2538030
Med Rec # D0000432526    91280 NM HRT IMAGE SPECT MULTI     Type: OVD
Account # D1025911000
Loc: D6T:625:01            RADIOLOGY REPORT - COMPLETED           Page   2

BAPTIST MEMORIAL HOSPITAL - DESOTO
7601 Southcrest Parkway, Southaven, MS 38671
DEPARTMENT OF RADIOLOGY
09/16/10 1612

COX, PATRICIA A                                    ATT: PHYSICIAN, ED
Med Rec # D0000432526
Account # D1025911000                              Ord: THOMPSON, STANLEY C

DOB                  Age   Sex            Room                Exam Date/Time
04/02/58             52Y   F              DE3-0015-01         09/16/10 1511

CkIn#   2537742    30062 XR CHEST 2 VWS

Ord Diag: chest pain


History
Chest pain.

Findings
Two-view exam shows the heart and pulmonary vessels are normal size.
Granulomatous nodules are seen in the right lung but no acute chest
disease identified.

Opinion
Healed granulomatous infection.

        Transcriptionist-  POWERSCRIBE
        Reading Radiologist- JOE KRISLE, M.D.
        Releasing Radiologist- JOE KRISLE, M.D.
        Released Date Time- 09/16/10 1612
--------------------------|---------------------------------------------------------------



The images in this case were personally reviewed by the Radiologist named
above, and the report reflects his/her interpretation.

COX, PATRICIA A                    CkIn#   2537742
Med Rec # D0000432526      30062 XR CHEST 2 VWS              Type: ERD
Account # D1025911000
Loc: DE3:0015:01           RADIOLOGY REPORT - COMPLETED

cox, trisha
52years
Female    Caucasian

Technician: wendy
Test ind: cp

Vent. rate        78 bpm
PR interval      120 ms
QRS duration    78 ms
QT/QTc      372/424 ms
P-R-T axes    65  32  62

ID:

Normal sinus rhythm
Normal ECG

16-Sep-2010    14:25:25

Refered by:

Unconfirmed

0015-01    ERD
COX,PATRICIA A    D102591I000
04/02/58  52Y    MR:000043526
ADM:PHYSICIAN,ED    09/16/10



1601 Southeron Parkway
Southeron MS 38671

# EXERCISE STRESS TEST REPORT

Patient Name: Cox Patricia
Patient ID: 10259 1000
Height: 62 in
Weight: 134 lbs

DOB: 04/02/1959
Age: 52 yrs
Gender: Female
Race: Caucasian

Study Date: 09/16/2010
Test Type: LEXISCAN Pharmacological Test
Protocol: LEXISCAN

Ordering Physician: Goemuoza, Edwards
Attending Physician: Missal, Mary Samuel
Technician: Paisley Dorina

Medications:

Medical History:

Reason for Exercise Test:
Chest Pain

Exercise Test Summary:

| Phase Name | Stage Name | Time in Stage | Speed (mph) | Grade (%) | HR (bpm) | BP (mmHg) | Comment |
|---|---|---|---|---|---|---|---|
| PREINFSN | SUPINE | 03:52 | 0.00 | 0.00 | 84 | 100/79 | |
| INFUSION | DOSE | 01:00 | 0.00 | 0.00 | 112 | | |
| POSTINFSN | POST-BG1 | 03:00 | 0.00 | 0.00 | 114 | 138/82 | |
| | POST-BG2 | 03:00 | 0.00 | 0.00 | 116 | 143/82 | |

The patient exercised according to the LEXISCAN for 1.00 min's, achieving a work level of Max. METS: 1.00. The resting heart rate of 84 bpm rose to a maximal heart rate of 157 bpm. This value represents 77 % of the maximal age predicted heart rate. The resting blood pressure of 100/79 mmHg rose to a maximum blood pressure of 143/82 mmHg. The exercise test was stopped due to Test Completed.

Interpretation:

Summary: Resting ECG: normal sinus rhythm. Functional capacity could not be adequately assessed. HR Response to Exercise: appropriate. BP Response to exercise: normal resting BP: appropriate response. Chest Pain: none. Arrhythmias: none. ST Changes: Depression: non significant. Overall Impression: No stress induced ischemia.

Conclusions:

Myoview injected, scan report to follow.

Physician: [signature]          Technician: [signature]

```
                    Baptist Memorial Hospital - Desoto
                         7601 Southcrest Parkway
                          Southaven, MS 38671

                         Fri Sep 17, 2010 02:08
                        Outpatient Summary Report

Pat Name:        COX,PATRICIA A                          Page:  1
Unit #/Acct #:   0000432526/D1025911000
Loc:             D6T 625 01
Phys-Service:    GBEMUDU,EDWARD I - MEDICAL

*******************************************************************************
In:  09/16/10 1534    --------------------------------        Spec: Blood
Out: 09/16/10 1600    | COMPREHENSIVE METABOLIC PANEL |Techs: VWOL1548 TCHU4107
Coll Time: 09/16/10 1530--------------------------------
Order Phys: THOMPSON,STANLEY C                          [D1025911000/1836103]
                              *STAT*STAT*STAT*
Result Name                    Result               Reference Range

Glucose-D(mg/dl):              87                   70-110
Sodium-D(mmol/L):              140                  135-145
Potassium-D(mmol/L):           3.8                  3.5-5.0
Chloride-D(mmol/L):            105                  98-107
CO2-D(mmol/L):                 26                   21-32
Anion Gap-D:                   9.0                  5.0-15.0
BUN-D(mg/dl):                  16                   7-18
Creatinine-D(mg/dl):           0.7                  0.6-1.3
Calcium-D(mg/dl):              9.4                  8.5-10.1
Protein Total-D(gm/dl):        7.9                  6.4-8.2
Albumin-D(gm/dl):              3.2  L               3.4-5.0
Alk Phos-D(U/L):               80                   50-136
AST-D(U/L):                    19                   15-37
ALT-D(U/L):                    35                   30-65
Bilirubin Total-D(mg/dl):      0.3                  0.2-1.0
GFR-D(ml/min/1.73m2):          93.4                 >60
Interp GFR-D:
The estimated GFR is based on the Modification of Diet in Renal Disease
Study (MDRD) equation using average adult body surface area.(1.73m(2)
This equation has not been validated for use with age groups below 18 or
over 70, pregnant women, patients with serious comorbid conditions, or
persons with extremes of body size, muscle mass or nutritional status.

--------------------------------------------------------------------------


                                    COX,PATRICIA A
                                    0000432526/D1025911000
Dr. Michael Fred Bugg               D6T 625 01
                                    (F-04/02/58)
Outpatient Summary Report           Dr. GBEMUDU,EDWARD I
```

Baptist Memorial Hospital - Desoto
7601 Southcrest Parkway
Southaven, MS 38671

Fri Sep 17, 2010 02:08
Outpatient Summary Report

Pat Name:        COX,PATRICIA A                          Page:  2
Unit #/Acct #:   0000432526/D1025911000
Loc:             D6T 625 01
Phys-Service:    GBEMUDU,EDWARD I - MEDICAL

**********************************************************************
In:  09/16/10 1534           --------------                      Spec: Blood
Out: 09/16/10 1600           | MAGNESIUM |       Techs: VWOL1548 TCHU4107
Coll Time: 09/16/10 1530     --------------
Order Phys: THOMPSON,STANLEY C                         [D1025911000/1836103]
                             *STAT*STAT*STAT*
Result Name                  Result                 Reference Range

Magnesium-D(mg/dl):          1.7 L                  1.8-2.4

--------------------------------------------------------------------------
In:  09/16/10 1534           --------------------                Spec: Blood
Out: 09/16/10 1600           | MYOGLOBIN BLOOD |   Techs: VWOL1548 TCHU4107
Coll Time: 09/16/10 1530     --------------------
Order Phys: THOMPSON,STANLEY C                         [D1025911000/1836103]
                             *STAT*STAT*STAT*
Result Name                  Result                 Reference Range

Myoglobin-D(ng/ml):          28                     13-71

--------------------------------------------------------------------------
In:  09/16/10 1534           -------------                       Spec: Blood
Out: 09/16/10 1600           | TROPONIN |         Techs: VWOL1548 TCHU4107
Coll Time: 09/16/10 1530     -------------
Order Phys: THOMPSON,STANLEY C                         [D1025911000/1836103]
                             *STAT*STAT*STAT*
Result Name                  Result                 Reference Range

Troponin I-D(ng/ml):         < 0.015                <0.1
Note Troponin-D:
Any conditions resulting in myocardial cell damage can potentially
increase cardiac Troponin I levels above the expected value.  Clinical
studies have documented these conditions to include unstable angina,
congestive heart failure, myocarditis, and cardiac surgery or invasive
testing.  Serial measurements of Troponin I are recommended.

ASPIRIN ADMINISTRATION FOR AMI SHOULD BE CONSIDERED FOR ANY TROPONIN
GREATER THAN OR EQUAL TO 0.1 IF CLINICALLY APPROPRIATE.


--------------------------------------------------------------------------


                                 COX,PATRICIA A
                                 0000432526/D1025911000
                                 D6T 625 01
Dr. Michael Fred Bugg            (F-04/02/58)
                                 Dr. GBEMUDU,EDWARD I
Outpatient Summary Report

08/20/2013 12:10PM 662-77 121 BMH DESOTO 4/H PAGE 17/27

Baptist Memorial Hospital - Desoto
7601 Southcrest Parkway
Southaven, MS 38671

Fri Sep 17, 2010 02:08
Outpatient Summary Report

Pat Name: COX,PATRICIA A                              Page:  4
Unit #/Acct #: 0000432526/D1025911000
Loc: D6T 625 01
Phys-Service: GBEMUDU,EDWARD I - MEDICAL

***********************************************************************

In: 09/16/10 1535          --------------------            Spec: Blood
Out: 09/16/10 1556        | PROTHROMBIN TIME |    Techs: VWOL1548 THAM1848
Coll Time: 09/16/10 1530   --------------------
Order Phys: THOMPSON,STANLEY C                    [D1025911000/1836104]
                           *STAT*STAT*STAT*
Result Name                Result                 Reference Range

PT Patient-D(Seconds):     13.2                   11.5-15.2
INR-D:                     0.98 L                 1.0

-----------------------------------------------------------------------
In: 09/16/10 1535            -------                  Spec: Blood
Out: 09/16/10 1556          | PTT |          Techs: VWOL1548 THAM1848
Coll Time: 09/16/10 1530     -------
Order Phys: THOMPSON,STANLEY C                    [D1025911000/1836104]
                           *STAT*STAT*STAT*
Result Name                Result                 Reference Range

PTT Patient-D(Seconds):    20.7 L                 22.8-36.5

-----------------------------------------------------------------------
In: 09/16/10 1535          ------------------         Spec: Blood
Out: 09/16/10 1543        | CBC WITH DIFF |    Techs: VWOL1548 THAM1848
Coll Time: 09/16/10 1530   ------------------
Order Phys: THOMPSON,STANLEY C                    [D1025911000/1836104]
                           *STAT*STAT*STAT*
Result Name                Result                 Reference Range

WBC-D(1000/mm3):           8.08                   3.45-11.81
RBC-D(mega/mm3):           4.31                   3.60-5.10
Hemoglobin-D(gm/dl):       12.8                   11.0-15.9
Hematocrit-D(%):           38.1                   32.2-45.5
MCV-D(fl):                 88.4                   80.7-98.9
MCH-D(pg):                 29.8                   27.6-34.9
MCHC-D(%):                 33.7                   32.7-36.9
RDW-D(%):                  13.7                   10.7-16.0
Platelets-D(1000/mm3):     333                    117-379
MPV-D(fl):                 7.1                    6.8-10.9
Neut Absolute-D(1000/mm3): 5.69                   1.8-7.7
Lymph Absolute(1000/mm3):  1.84                   1.0-4.5
Mono Absolute-D(1000/mm3): 0.32                   0.2-0.9

                    (Continued on next page)

                              COX,PATRICIA A
                              0000432526/D1025911000
Dr. Michael Fred Bugg          D6T 625 01
                              (F-04/02/58)
Outpatient Summary Report      Dr. GBEMUDU,EDWARD I

```
                        Baptist Memorial Hospital - Desoto
                              7601 Southcrest Parkway
                                Southaven, MS 38671
                              Tue Sep 21, 2010 02:18
             Discharge Cumulative Trend Report from 09/16/10 1534 to 09/18/10 1034

Patient Name:        COX, PATRICIA A                    LLD Chemistry-Page 1
Med Rec #:           0000432526                         Adm: 09/17/10
Dis Date             09/20/10
Phys-Service:        GBEMUDU, EDWARD I - MEDICAL
Acct #:              D1025911000
*********************************************************************************
In:  09/16/10 1534        --------------------               Spec: Blood
Out: 09/16/10 1600        | MYOGLOBIN BLOOD |      Techs: VWOL1548 TCHU4107
Coll Time: 09/16/10 1530  --------------------
Order Phys: THOMPSON, STANLEY C                       [D1025911000/1836103]
                             *STAT*STAT*STAT*
Result Name                  Result                  Reference Range

Myoglobin-D(ng/ml):          28                      13-71

------------------------------------------------------------------------------
In:  09/18/10 1034        ----------------               Spec: Blood
Out: 09/18/10 1058        | LIPID PANEL |        Techs: VBIN4955 TJAC8129
Coll Time: 09/18/10 0953  ----------------
Order Phys: GBEMUDU, EDWARD I                         [D1025911000/1842381]
                             *STAT*STAT*STAT*
Result Name                  Result                  Reference Range

Triglycerides-D(mg/dl):      51
Cholesterol-D(mg/dl):        118
HDL Cholesterol-D(mg/dl):    53                      > or = 40
LDL Cholesterol-D(mg/dl):    54.8
Coronary Risk Ratio-(Ratio): 2.2 L                   4.44
Interp Lipid-D:
Reference Ranges
LDL            <100          Optimal
               130-159       Borderline
               >or=160       High

Triglycerides  <150          Normal
               150-199       Borderline
               >or=200       High

Cholesterol    <200          Desirable
               200-240       Borderline
               >240          High Risk
Calculated LDL is not valid when the triglyceride value is greater than
400 mg/dl.




                         (Continued on next page)


                                        COX, PATRICIA A
                                        0000432526
Dr. Michael Fred Bugg
** DO NOT DISCARD **                    (F-04/02/58)
Discharge Cumulative Trend Report      Dr. GBEMUDU, EDWARD I
```

Baptist Memorial Hospital - Desoto
7601 Southcrest Parkway
Southaven, MS 38671
Tue Sep 21, 2010 02:18
Discharge Cumulative Trend Report from 09/16/10 1534 to 09/18/10 1034

```
Patient Name:    COX, PATRICIA A                      LLD Chemistry-Page 2
Med Rec #:       0000432526                           Adm: 09/17/10
Dis Date         09/20/10
Phys-Service:    GBEMUDU, EDWARD I - MEDICAL
Acct #:          D1025911000
```
*****************************************************************************************
```
In:  09/18/10 1034          ----------------              Spec: Blood
Out: 09/18/10 1058        | LIPID PANEL |        Techs: VBIN4955 TJAC8129
Coll Time: 09/18/10 0953    ----------------
Order Phys: GBEMUDU, EDWARD I                          [D1025911000/1842381]
                            *STAT*STAT*STAT*
Result Name                 Result                  Reference Range

                         (Continued from previous page)
```

--------------------------------------------------------------------------------

```
In:  09/18/10 1034      --------------------------------         Spec: Blood2
Out: 09/18/10 1120     | THYROID STIMULATING HORMONE |Techs: VBIN4955 TJAC8129
Coll Time: 09/18/10 0953 --------------------------------
Order Phys: GBEMUDU, EDWARD I                          [D1025911000/1842488]

Result Name                 Result                  Reference Range

TSH-D(uIU/ml):              1.07                     0.36-3.74
```

--------------------------------------------------------------------------------

```
                                        COX, PATRICIA A
                                        0000432526
Dr. Michael Fred Bugg
** DO NOT DISCARD **                    (F-04/02/58)
Discharge Cumulative Trend Report       Dr. GBEMUDU, EDWARD I
```

☐   Attended college or community college     (Total hours credit: _____ ).

☐   Specialty or technical school   (Field of study: _____ E A _____ ).
     Specialty degree or technical skill or certification: _____

☐   College graduate     College: _____     Year: _____

☐   College post-graduate education

10.  I request that the court grant me leave under Title VII of the Civil Rights Act of 1964 to file my lawsuit without payment of fees or costs or giving security therefor and that the court appoint a lawyer for me as is allowed by law.

_____
Signature

I declare or certify or verify or state under penalty of perjury that the foregoing is true and correct.

Date signed: __8-30-2013__          _____
Signature

_____
NOTARY

STATE OF
TENNESSEE
NOTARY
PUBLIC
CATHLEEN L. BAKER
SHELBY COUNTY

MY COMMISSION EXPIRES:
June 28, 2017

❏   Attended college or community college    (Total hours credit: _____ ).

❏   Specialty or technical school    (Field of study:   EA _____ ).

      Specialty degree or technical skill or certification: _____

❏   College graduate    College: _____    Year: _____

❏   College post-graduate education

10. I request that the court grant me leave under Title VII of the Civil Rights Act of 1964 to file my lawsuit without payment of fees or costs or giving security therefor and that the court appoint a lawyer for me as is allowed by law.

_____
Signature

I declare or certify or verify or state under penalty of perjury that the foregoing is true and correct.

Date signed: **8-30-2013**

_____
Signature

_____
NOTARY

STATE OF
TENNESSEE
NOTARY
PUBLIC
CATHLEEN L. BAKER
SHELBY COUNTY

MY COMMISSION EXPIRES:
June 28, 2017