**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**OXFORD DIVISION**

**PATRICIA A. COX**            **PLAINTIFF**

**v.**            **No. 3:13CV226-SA-JMV**

**DESOTO COUNTY JAIL OF HERNANDO, ET AL.**            **DEFENDANTS**

**JUDGMENT**

Having considered the file and records in this action, the court finds that the Report and Recommendation of the United States Magistrate Judge was duly served by mail upon the *pro se* plaintiff at his last known address; that more than fourteen days have elapsed since service of the Report and Recommendation; and that no objection to the Report and Recommendation has been filed or served by any party. The magistrate judge's Report and Recommendation should therefore be approved and adopted as the opinion of the court. It is ordered:

1. That the Report and Recommendation of the United States Magistrate Judge is hereby **APPROVED AND ADOPTED** as the opinion of the court.

2. That Cox's claims against the State of Mississippi are **DISMISSED** with prejudice for failure to state a claim upon which relief could be granted.

3. Her claims against the remaining defendants will, however, **PROCEED**.

**SO ORDERED**, this, the 19th day of August, 2014.

                                             **/s/ Sharion Aycock**
                                             **U.S. DISTRICT JUDGE**