IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

PATRICIA A. COX                                                  PLAINTIFF

v.                                             No. 3:13CV226-SA-JMV

DESOTO COUNTY JAIL OF HERNANDO, ET AL.            DEFENDANTS

**ORDER DENYING PLAINTIFF'S MOTION [42]
FOR RELIEF FROM JUDGMENT OR ORDER**

This matter comes before the court on the plaintiff's motion for reconsideration of the court's February 10, 2015, memorandum opinion and final judgment granting the defendants' motion for summary judgment and dismissing the case. The court interprets the motion, using the liberal standard for *pro se* litigants set forth in *Haines v. Kerner*, 404 U.S. 519 (1972), as a motion to amend judgment under Fed. R. Civ. P. 59(e). An order granting relief under Rule 59(e) is appropriate when: (1) there has been an intervening change in the controlling law, (2) where the movant presents newly discovered evidence that was previously unavailable, or (3) to correct a manifest error of law or fact. *Schiller v. Physicians Res. Grp. Inc.,* 342 F.3d 563, 567 (5th Cir. 2003).

Ms. Cox has neither asserted nor proven any of the justifications to amend a judgment under Fed. R. Civ. P. 59(e). As such, the plaintiff's request to alter or amend judgment is **DENIED.**

**SO ORDERED**, this, the 29th day of May, 2015.

                                                         /s/ Sharion Aycock
                                                         **U.S. DISTRICT JUDGE**